UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:24-cv-05372-CAS-PDx          Date. August 14, 2025

Title   *Cronus Global, LLC v. Zuru Inc.*

Present: The Honorable:  Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | Court Smart 08/14/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Andrew Alexander DeMasi<br>Carson M. Hinderks | Ashley M. Koley<br>Victor de Gyarfas |

**Proceedings:** Hearing on Defendant's Discovery Motions [Dkt. Nos. 116, 117]

On August 14, 2025, the Corut conducted a hearing via Zoom on Zuru's Motion For A Protective Order To Quash Cronus' 27 Nonparty Subpoenas [Dkt. No. 116] and Zuru's Motion To Modify The Protective Order To Include Attorney Eyes Only Designation [Dkt. No. 117.]

The Court heard argument, and both motions under submission.

Time in Court: 1:00